Gregory L. Watts, State Bar No. 197126
John C. Roberts Jr., WSBA #44945 (*pro hac vice*)
Shanna A. Lehrman, WSBA #56550 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com
Email: slehrman@wsgr.com

Natalie J. Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Email: nmorgan@wsgr.com

*Counsel for Defendants ImmunityBio, Inc.,*
*Richard Adcock, David C. Sachs, and Patrick Soon-Shiong*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IMMUNITYBIO, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 3:23-cv-01216-GPC-VET<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF JOHN C. ROBERTS JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Hearing Date: May 31, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 2D |

23cv01216

SUPPLEMENTAL DECLARATION OF JOHN C. ROBERTS JR. ISO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

I, John C. Roberts Jr., declare as follows:

1.    I am an attorney duly admitted to practice law in the State of Washington and in the above-captioned action *pro hac vice*.  ECF. No. 46.  I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Defendants ImmunityBio, Inc. (the "Company"), Richard Adcock, David C. Sachs, and Patrick Soon-Shiong (collectively with the Company, the "Defendants").  I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint, ECF No. 50, and Defendants' Supplemental Request for Judicial Notice, filed concurrently herewith.

2.    Attached hereto as **Exhibit 10** is a true and correct copy of an FDA webpage entitled "FDA approves nogapendekin alfa inbakicept-pmln for BCG-unresponsive non-muscle invasive bladder cancer," which was posted on the FDA.gov website on April 22, 2024, and is available at https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-nogapendekin-alfa-inbakicept-pmln-bcg-unresponsive-non-muscle-invasive-bladder-cancer (last visited May 3, 2024).

3.    Attached hereto as **Exhibit 11** is a true and correct  copy of FDA Standard Operating Policy and Procedure 8405.1: Procedures for Resubmissions to an Application or Supplement, effective November 13, 2022, which is available at https://www.fda.gov/media/84417/download (last visited May 3, 2024).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Bainbridge Island, Washington on this 3rd day of May, 2024.

1

23cv01216

**SUPPLEMENTAL DECLARATION OF JOHN C. ROBERTS JR. ISO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

By: s/ John C. Roberts Jr.

John C. Roberts Jr., WSBA #44945 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: jroberts@wsgr.com

*Counsel for Defendants ImmunityBio, Inc.,
Richard Adcock, David C. Sachs, and
Patrick Soon-Shiong*

23cv01216

**SUPPLEMENTAL DECLARATION OF JOHN C. ROBERTS JR. ISO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**