POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
Justin D. D'Aloia (*pro hac vice*) (NY Bar # 4935979)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:  (212) 661-1100
jpafiti@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Lead Plaintiff Dipak Patel and*
*Lead Counsel for the Proposed Class*

— additional counsel on signature page —

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE IMMUNITYBIO, INC. SECURITIES LITIGATION | No. 3:23-cv-01216-GPC-VET <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JUSTIN D. D'ALOIA IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge:  Hon. Gonzalo P. Curiel <br> Date: June 7, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 2D |

I, JUSTIN D. D'ALOIA, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney duly admitted to practice in the state of New York and to appear in the above-captioned proceeding *pro hac vice*.  I am a partner at the law firm Pomerantz, LLP, lead counsel for court-appointed lead plaintiff Dipak Patel ("Lead Plaintiff").  I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto.  I submit this Declaration in support of Lead Plaintiff's Memorandum of Points and Authorities In Opposition to Defendants' Supplemental Request for Judicial Notice (ECF No. 56) and in opposition to Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint (ECF No. 50).

2.    Attached hereto as Exhibit 9 is a true and correct copy of the letter from the U.S. Food & Drug Administration ("FDA") issuing license No. 2303 for the product marketed under the trade name Anktiva, dated April 22, 2024, publicly available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761336Orig1s000ltr.pdf.

I declare under penalty of perjury that the following is true and correct.

Executed on May 17, 2024, in New York, New York.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia

1                                                                      23cv01216

DECLARATION OF JUSTIN D. D'ALOIA IN OPPOSITION TO DEFENDANDTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS AMENDED COMPLAINT