**EXHIBITS**

| Tab | Description | Page(s) |
|---|---|---|
| 1 | *Nvidia Corp. v. Ohman J:Or Fonder AB*, __ S. Ct. __, 2024 WL 3014476 (June 17, 2024) | 5 |
| 2 | Question Presented, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. June 17, 2024) | 7 |
| 3 | Pet. for Writ of Cert., *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. Mar. 4, 2024) | 9 |
| 4 | Br. of Professor J. A. Grundfest as *Amicus Curiae* in Supp. of Pet'r, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. Apr. 4, 2024) | 57 |
| 5 | Br. for Former SEC Offs. as *Amicus Curiae* in Supp. of Pet'r, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. Apr. 4, 2024) | 86 |
| 6 | Br. of Atl. Legal Found. as *Amicus Curiae* in Supp. of Pet'r, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. Apr. 4, 2024) | 115 |
| 7 | Br. of Wash. Legal Found. & Nat'l Ass'n of Mfrs. as *Amicus Curiae* in Supp. of Pet'r, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. Apr. 4, 2024) | 133 |
| 8 | Br. in Opp., *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. May 6, 2024) | 156 |
| 9 | Reply of Pet'rs, *Nvidia Corp. v. E. Ohman J:Or Fonder AB*, No. 23-970 (U.S. May 20, 2024) | 207 |