# EXHIBIT 1

EX 1

5

2024 WL 3014476
Only the Westlaw citation is currently available.
Supreme Court of the United States.

NVIDIA CORP., et al.

v.

E. OHMAN J:OR Fonder AB, et al.

No. 23-970

|
June 17, 2024

Case below, 81 F.4th 918.

**Opinion**

 **\*1** The petition for writ of certiorari is granted.

**All Citations**

--- S.Ct. ----, 2024 WL 3014476 (Mem)

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

EX 1