POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
Justin D. D'Aloia (*pro hac vice*) (NY Bar # 4935979)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:   (212) 661-1100
jpafiti@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Lead Plaintiff Dipak Patel and*
*Lead Counsel for the Proposed Class*

— additional counsel on signature page —

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IMMUNITYBIO, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 3:23-cv-01216-GPC-VET<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING THE EXCHANGE OF CONFIDENTIAL INFORMATION** |

In accordance with Rule 7.2 of the Civil Rules of Practices for the United States District Court for the Southern District of California ("**CivLR**"), Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the Court, and the Civil Chambers Rules of Judge Gonzalo P. Curiel and Magistrate Judge Valerie E. Torres, court-appointed lead plaintiff Dipak Patel ("**Lead Plaintiff**") and Defendants ImmunityBio, Inc., Richard Adcock, David C. Sachs, and Patrick Soon-Shiong (collectively, "**Defendants**," and, together with Lead Plaintiff, the "**Parties**"), by and through their undersigned counsel, respectfully submit this Joint Motion for Entry of Stipulated Protective Order Regarding the Exchange of Confidential Information.

In accordance with Part I.G of the Rule 26(f) Joint Discovery Plan and Proposed Case Management Order submitted by the Parties on August 23, 2024 (ECF No. 66), the Parties have come to agreement on the terms a protective order governing the exchange of confidential information to facilitate the uniform handling of discovery materials and the prompt resolution of disputes over confidentiality (the "**Protective Order**"), which results from extensive negotiations in good faith and reflects the unique and complex nature of this action. Accordingly, the Parties respectfully request that the Court approve and enter the proposed Protective Order, a word copy of which is being furnished to the Court by email.

Dated: September 3, 2024

**POMERANTZ LLP**

*/s/ Justin D. D'Aloia*
Jeremy A. Lieberman
   NY Bar # 4161352 (*pro hac vice*)
Justin D. D'Aloia
   NY Bar # 4935979 (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
jalieberman@pomlaw.com
jdaloia@pomlaw.com

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ John C. Roberts, Jr.*
Gregory L. Watts, State Bar No. 197126
John C. Roberts Jr., WSBA #44945 (*pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone:  (206) 883-2500
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com

JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
REGARDING THE EXCHANGE OF CONFIDENTIAL INFORMATION

Jennifer Pafiti, State Bar No. 282790
1100 Glendon Avenue, 15th Floor
Los Angeles, California  90024
Telephone:  (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and
Co-Lead Counsel for the Proposed Class*

**HOLZER & HOLZER, LLC**
Corey D. Holzer (*pro hac vice*)
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Lead Plaintiff and
Co-Lead Counsel for the Proposed Class*

Natalie Morgan, State Bar No. 211143
12235 El Camino Real
San Diego, California 92130-3002
Telephone: (858) 350-2300
Email: nmorgan@wsgr.com

*Counsel for Defendants*

23cv01216

JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
REGARDING THE EXCHANGE OF CONFIDENTIAL INFORMATION