Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6449
Email: jpafiti@pomlaw.com

Justin D. D'Aloia (*pro hac vice*)
NY Bar # 4935979
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jdaloia@pomlaw.com

*Counsel for Lead Plaintiff Dipak Patel and*
*Lead Counsel for the Proposed Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| _____ | Case No. 23-cv-01216-GPC-VET |
| IN RE IMMUNITYBIO, INC. SECURITIES LITIGATION | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT MOTION TO STAY PROCEEDINGS**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Valerie E. Torres |

{00650515;1 }

Lead Plaintiff Dipak Patel ("**Lead Plaintiff**") and Defendants ImmunityBio, Inc., Richard Adcock, David C. Sachs, and Patrick Soon-Shiong (collectively, "**Defendants**," and together with Lead Plaintiff, the "**Parties**") hereby jointly move this Court, by and through their respective counsel, for an order staying all proceedings until the Court rules on Lead Plaintiff's pending Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 80) (the "**Preliminary Approval Motion**").

On October 31, 2024, the Court entered a Scheduling Order Regulating Discovery and Setting Deadlines for Motion for Class Certification and Other Pre-Trial Proceedings (ECF No. 77) (the "**Scheduling Order**").

On December 19, 2024, the Parties executed a Confidential Term Sheet memorializing their agreement to settle the above-captioned action (the "**Action**") on the terms and conditions provided therein.

On January 28, 2025, the Parties finalized and executed a Stipulation of Settlement, and Lead Plaintiff filed the Preliminary Approval Motion, along with supporting exhibits.

On January 31, 2025, the Court held a status conference before Magistrate Judge Valerie E. Torres. Following the status conference, the Scheduling Order remained in effect (ECF No. 81). Under the Scheduling Order, all discovery related to class certification must be completed by February 28, 2025, Plaintiff's motion for class certification must be filed by March 28, 2025, and Defendants' response thereto is due by May 12, 2025.

On February 6, 2025, the Court entered an Order Continuing Hearing Date, which continued the hearing date for the Preliminary Approval Motion from February 28, 2025, to March 7, 2025 (ECF No. 84).

The Parties have conferred and, given the pending Preliminary Approval

Motion and the upcoming deadlines, jointly request that the Court enter an order staying all proceedings until such time as the Court has ruled on the pending Preliminary Approval Motion.  This is the Parties' first request for a stay.

If the Court denies the Preliminary Approval Motion, the Parties agree to jointly submit a new proposed schedule within fourteen (14) days of the entry of a denial.

Dated: February 18, 2025

Respectfully submitted,

By:  *s/ Corey D. Holzer*
Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6449
E-mail: jpafiti@pomlaw.com

Jeremy A. Lieberman
Justin D. D'Aloia (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jdaloia@pomlaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer (admitted *pro hac vice*)
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Plaintiff and Proposed Lead Counsel for the Settlement Class*

By: *s/ Gregory L. Watts*
Gregory L. Watts, State Bar No. 197126
John C. Roberts Jr., WSBA #44945 (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com

Natalie Morgan, State Bar No. 211143
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Email: nmorgan@wsgr.com

*Counsel for Defendants ImmunityBio, Inc., Richard Adcock, David C. Sachs, and Patrick Soon-Shiong*

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Southern District of California's CM/ECF Administrative Policies and Procedures Manual, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in this filing's content.


Dated: February 18, 2025

/s/ Corey D. Holzer
*Counsel for Plaintiff and Proposed Lead Counsel for the Settlement Class*
cholzer@holzerlaw.com