**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

_____

IN RE IMMUNITYBIO, INC.
SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Case No. 23-cv-01216-GPC-VET

CLASS ACTION

**ORDER STAYING PROCEEDINGS**

The Parties moved for an order staying all proceedings until the Court has had an opportunity to rule on the pending Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion") (ECF No. 80).

For good cause shown, the Court stays all proceedings as set forth in the Scheduling Order (ECF No. 77). If the Court denies the pending Preliminary Approval Motion, the Parties will jointly file a proposed new schedule within fourteen (14) days of entry of the denial.

**IT IS SO ORDERED.**

Dated:  February 21, 2025

Hon. Gonzalo P. Curiel
United States District Judge