**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE IMMUNITYBIO, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 3:23-cv-01216-GPC-VET<br><br>**SUPPLEMENTAL DECLARATION OF SUSANNA WEBB IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND** |

I, Susanna Webb, declare and state as follows:

1.      I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a nationally recognized class action administration firm. I have over 6 years of experience specializing in the administration of class action cases. The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.[1]

2.      I submit this Declaration as a supplement to the previously filed Declaration of Nicholas Schmidt in Support of Lead Plaintiff's Motion for Authorization to Distribute Net Settlement Fund, dated October 29, 2025 (ECF No. 98-1) (the "Schmidt Declaration").  Unless otherwise noted, all defined terms used herein have the meaning set forth in the Schmidt Declaration, which incorporates definitions from the Stipulation.

3.      Following the execution of the Schmidt Declaration, we learned of a timely defect response that had inadvertently not been processed.  After processing this defect response, 10 additional claims with a total Recognized Loss of $1,809,144.72 are now recommended for acceptance.  Additionally, we became aware of an additional request for Court review which has

1

since been withdrawn.

4.    Accordingly, after accounting for these 10 claims, (i) Epiq received a total of 19 requests for review by the Court of its administrative determination made by Epiq, 17 claims of which have either been cured or withdrawn as a result of Epiq's to resolve the disputes without the Court's intervention; and (ii) of the 20,347 Proofs of Claim postmarked through July 21, 2025, Epiq has determined that 5,054 are acceptable in whole, 522 are acceptable in part, and 14,771 should be rejected in whole because they are either wholly ineligible or have no Recognized Loss when calculated in accordance with the Court-approved Plan of Allocation.  The 14,771 Claims are recommended for rejection by the Court for the following reasons:

### Summary of Rejected Claims

| Reason for Rejection | Number of Claims |
|---|---|
| Claim Did Not Result in a Recognized Loss | 12,964 |
| No Eligible Purchases During the Class Period | 1,417 |
| Claim Withdrawn or Voided | 317 |
| Deficient Claim with Condition of Ineligibility Never Cured | 24 |
| Duplicate Claim | 49 |
| **TOTAL** | **14,771** |

5.    Exhibit A revises Exhibit D to the Schmidt Declaration, and contains the claim number, previous Reason for Rejection, and Recognized Loss amount for the 10 claims whose status has changed.

6.    After accounting for these 10 claims, Epiq has determined that 5,576 claims should be accepted in whole or part. The claims recommended for acceptance represent a total Recognized Loss of $88,650,195.98 pursuant to the Court-approved Plan of Allocation. Of that total, $87,348,531.73 is for Timely Eligible Claims and $1,301,664.25 is for Late But Otherwise

Eligible Claims.

I declare under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on November 26, 2025 in Louisville, Kentucky.

*Susanna Webb*

_____

Susanna Webb

# EXHIBIT A

| Claim Number: | Previous Reason for Rejection | Recognized Loss: |
|---|---|---|
| 624 | No Eligible Purchases in Class Period | $13,087.51 |
| 625 | No Eligible Purchases in Class Period | $14,784.88 |
| 530015862 | Duplicate Claim Form | $9,956.82 |
| 530018555 | No Recognized Claim | $1,943.50 |
| 530018561 | No Recognized Claim | $4,225.26 |
| 530018562 | No Recognized Claim | $591.50 |
| 530018599 | No Recognized Claim | $1,648,678.21 |
| 530018609 | No Recognized Claim | $8,636.50 |
| 800000405 | No Recognized Claim | $67,410.72 |
| 800000473 | No Recognized Claim | $39,829.82 |